### Mary Hopkins v. The State.

#### No. 4067.   Decided May 10, 1916.

Carrying Pistol—Former Jeopardy.

Where, upon trial of unlawfully carrying a pistol, the defendant pleaded former jeopardy in that she was acquitted on the charge of murder while she carried the pistol in question, the same was correctly stricken from the record, as the two offenses are entirely separate and distinct.

Appeal from the County Court of Bexar.   Tried below before the Hon. Nelson Lytle.

Appeal from a conviction of unlawfully carrying a pistol; penalty, a fine of one hundred dollars.

The opinion states the case.

No brief on file for appellant.

C. C. McDonald, Assistant Attorney General, for the State.

PRENDERGAST, Presiding Judge.—Appellant was convicted for unlawfully carrying a pistol and fined one hundred dollars.   No statement of facts nor bills of exceptions are in the record.

Appellant plead former jeouardy in that she was acquitted of a charge of murder with which she was charged while she carried the pistol with which she committed the killing.   The two offenses are entirely separate and distinct, as has many times been held by this court.   The court did not err in overruling her plea of former acquittal.

The judgment is affirmed.

*Affirmed*